# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRENDA COOPER**                                                                                          **PLAINTIFF**

**V.**                                            **NO. 3:21-cv-00187-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 4th day of October 2022.

_____
UNITED STATES MAGISTRATE JUDGE